Everett Drayden Shumpert Ph.D.              ) UNITED STATES DISTRICT COURT
Hebrew Methodological Institute            ) Northern District Of Illinois
                                           ) Eastern Division
Plaintiff,                                 )
                                           )                **RECEIVED**
                                           )
v.                                         )                JUL 15 2010
                                           )
                                           )    Case No.    MICHAEL W. DOBBINS
The United States Of America               )                CLERK, U.S. DISTRICT COURT
President Barack Obama-U.S.A.               )
Senator Richard Durbin-D.,Il               )    10cv4425
U.S.Rep. Janice Schakowsky-9th Dist.,Il)        Judge Marovich
                                           )    Mag. Judge Mason
City of Evanston, Illinois                 )
Elizabeth Tisdahl-Mayor of Evanston,Il )
                                           )
Housing Authority of Cook County,Il        )
Lori Newsom-Dir./Rick Shubert-Bldg.Mgr.)        Magistrate
                                           )
Mark Zuckerberg-FaceBook.com.              )
                                           )
Defendants.                                )
                                           )

## COMPLAINT
### FOR DEPRIVATION OF CONSTITUTIONAL RIGHTS

Plaintiff, Everett D. Shumpert, by pro-se litigation for his complaint against listed defendants, alleges and states as follows:

### Introduction

1.    Everett D. Shumpert candidate for congress in 2nd Dist-Il in 2004 is also a retired/disabled Chicago Police Officer who served as a bodyguard for Mayor Harold Washington of Chicago and went on to become Security Chief of the Harold Washington Party. In 1995 he was ordained an elder in the African Methodist Episcopal Church and pastored and co-pastored in AME Churches from Milwaukee, Wisconsin to Cairo, Illinois. After over fourty years of studying bible and world history. He began to write a book about the contradictions in what the 1611 King James Bible said in comparison to what what was widely accepted by society. After years of research, study and writing, plaintiff had set up a website and was announcing his up-comming book, website, and organization which he called the Hebrew Methodological Institute on his FaceBook.com page. The response was overwhelming and countless thousands became interested all over the world. Defendants are charged in a criminalcivil conspiracy to deprive plaintiff of his constitutional rights guaranteed under the First and Fourth Amendments of the Constitution of the United States.

## Parties

2.   Plaintiff is an African-American citizen of the State of Illinois and resides within the territorial limits of the United States District Court for the Northern District if Illinois, Eastern Division.

3.   On information and belief, all Defendants do their business within the territorial limits of the United States District Court for the Northern District Of Illinois, Eastern Division.

## Jurisdiction

4.   Jurisdiction is based on 28 U.S.C 1331 because it is based on a federal statute, namely, 42 U.S.C. 1983 and by the Defendant is the federal government based on 28 U.S.C. 1346.

## Venue

5.   Venue is proper in this Court pursuant to 28 U.S.C. & 1391 (b), as on information and belief that Defendants are located in this district; with the possible exception of the last listed defendant, who may be considered in controversy will still also quallify with redress of relief.

## Events

6.   On the date of May 13, 2010 between the hours of 10:58 A.M. and 11:17 A.M. CST; Defendants successfully executed a criminal as well as civil conspiracy against Plaintiff, in the form of a cyber attack on Plaintiff's computers in his place of residence. Destroying thirty years of digitalized intellectual property. And in so doing, deprived Plaintiff of the right to be secure on his person, deprived Plaintiff the right to be secure in his house, deprived the Plaintiff the right to be secure in his papers, deprived Plaintiff the right to be secure in his effects,  deprived the Plaintiff the right to be secure against unreasonable searches and seizures; and all the above executed without warrant.

7.   The known and provable facts of cyber attact, theft, and damage to property on date and times states in paragraph number 6. are as follows: On site members of Defendant/Conspirators are identified as Rick Shubert manager of Perlman Apartments in Evanston, Il. where Plaintiff resides and Janitor of same Building Shawn Demirovski acted in tandum to connect Plaintiff's kitchen storage computer to internet prior to cyber attack. Cyber attack commenced over port address 952.852.6698,

, both of the Plaintiff's computers booted up on line through browsers on Plaintiff's cell phones, numbers; (630) 267-5435 and (773) 441-0105 with a moble identification number of (312) 788-8494 all in conjunction with a cricket portible motem that had been modified for the operation. Plaintiff cannot over state the fact that the kitchen computer which Plaintiff's permanent master flie was stored did not have, nor was set up for internet access by Plaintiff.

8.   At 10:58 A.M. phone number (773) 506-7100 was linked into Plaintiff's computers, and is listed to U.S. Congressional Representative Janice Schakowsky - Democrat 9th District, Illinois and lasted 46 seconds.

9.   At 11:06 A.M. phone number (847) 866-22979 was linked to Plaintiff's computers, and is listed to Mayor Elizabeth Tisdahl - Mayor of Evanston, Illinois and lasted 24 seconds.

10.   At At 11:10 A.M. phone number (847) 520- 4370 was linked to Plaintiff's computers and is listed to the Housing Authority Of Cook County (H.A.C.C.) office in Wheeling, Illinois. Office Manager Veronica Shirkevich, and lasted 16 seconds.

11.   At 11:13 A.M. phone number (312) 353-4952 was linked into Plaintiff's computers, and is listed to U.S. Senator Richard Durbin - Democrat, Illinois Chicago, Illinois office; and lasted 34 seconds.

12.   At 11:14 A.M. phone number (202) 224- 2152 was linked into Plaintiff's computers; and is listed to U.S. Senator Richard Durbin - Democrat , Illinois' Washington D.C. office; and lasted 20 seconds.

13.   At 11:16 A.M. phone number (202) 225-2111 was linked into Plaintiff's computers and is assigned to THE WHITE HOUSE Washington, D.C. staff under the direction of White House Chief of Staff Rahm Emanuel Lasting the longest duration of 1 minute and 44 seconds.

14.   Formal complaint lodged with the F.B.I.'s Internet Crime Complaint Center at www.ic3.gov on two occasions was never acknowledged by F.B.I.

15.   Plaintiff's back-up files stored on three zip drives that were in

20.  Plaintiff respectfully reqest the Court to direct the U.S. Marshall Service to examine the phone records from one week prior May 13, 2010 to one week after May 13, 2010, that is, all phone numbers listed in paragraphs 7 through 13 of this complaint.

21.  In the light of excellent intent, Plaintiff states that the variegated plexiform of machinations described in paragraphs 1 through 19 are true; and in being so have deprived Plaintiff of his protections afforded him in the 1st and 4th Amendments to the Constitution of the United States Of America. And has caused Plaintiff to suffer embarrassment ,degradation, humiliation,pain and suffering.

22.  Also, in light of Defendants knowledge of the statue and willful disregard of its provisions, its conduct warrants punitive damages as well as compensatory damages in the amount of 234 Million Dollars U.S.C. the interest on this amount calculated by the prevailing rate; and for other and further relief this Court deems just and equitable.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

Respectfully submitted,

Everett Drayden Shumpert Ph.D.
Pro-Se Litigant

1900 Sherman Ave.-Apt#1005 Evanston, Il 60201

(312) 543-6824/(773) 355-1876